IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WILLIAM J. MOYLE,              )
                               )
           Plaintiff,          )          8:12CV434
                               )
      v.                       )
                               )
CONCRETE INDUSTRIES, INC.,and  )          ORDER
ROGER T. CLARKE,               )
                               )
                               )
           Defendants.         )
_____)
```

This matter is before the Court on the motion to extend deadlines by plaintiff William J. Moyle (Filing No. 20). Plaintiff states that due to deposition scheduling conflicts, the parties have agreed to an extension of expert disclosure deadlines. The Court finds that the motion should be granted. Accordingly,

IT IS ORDERED: Plaintiff's motion to extend deadlines (Filing No. 20) is granted. Expert disclosure deadlines are extended as delineated in plaintiff's motion.

DATED this 7th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court