IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM J. MOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV434 |
| | ) | |
| v. | ) | |
| | ) | |
| CONCRETE INDUSTRIES, INC., | ) | ORDER |
| and ROGER T. CLARKE, | | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to amend pleadings (Filing No. 23). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to amend pleadings is granted. Plaintiff shall file his amended complaint on or before July 26, 2013.

DATED this 10th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court