IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM J. MOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV434 |
| | ) | |
| v. | ) | |
| | ) | |
| CONCRETE INDUSTRIES, INC., | ) | ORDER |
| ROGER T. CLARKE, and NEBCO, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of Mechanical Systems, Inc. to withdraw (Filing No. 46) its motion to quash the subpoena requiring a representative of Mechanical Systems to testify at a deposition (Filing No. 45). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion of Mechanical Systems, Inc. to withdraw is granted. The motion to quash the subpoena to testify at a deposition is deemed withdrawn.

DATED this 15th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court