```
            IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF NEBRASKA

WILLIAM J. MOYLE,              )
                               )
          Plaintiff,           )         8:12CV434
                               )
     v.                        )
                               )
CONCRETE INDUSTRIES, INC.,     )           ORDER
and ROGER T. CLARKE,           )
                               )
          Defendants           )
                               )
     v.                        )
                               )
MECHANICAL SYSTEMS, INC., and  )
ACUITY INSURANCE COMPANY, its  )
workers' compensation insurer, )
                               )
     Intervenors/Defendants.   )
_____)
```

This matter is before the Court on the motion to intervene filed by plaintiff's employer and the employer's workers' compensation carrier (Filing No. 43). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to intervene is granted. The complaint to intervene shall be filed on or before September 6, 2013.

DATED this 30th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court