IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM J. MOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV434 |
| | ) | |
| v. | ) | |
| | ) | |
| CONCRETE INDUSTRIES, INC., | ) | ORDER |
| ROGER T. CLARKE, and NEBCO, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MECHANICAL SYSTEMS, INC., and ACUITY INSURANCE COMPANY, its workers' compensation insurer, | ) | |
| | ) | |
| Intervenors/Defendants. | ) | |

After review of the objections noticed in the trial deposition of Tom Wilmot,

IT IS ORDERED that the objections are overruled or sustained as noted:

    Page 6, Lines 4-5: Overruled

    Page 22, Line 22: Overruled

    Page 28, Line 7: Sustained

    Page 35, Line 6: Overruled

    Page 36, Lines 8-9: Sustained; Lines 17-21: Overruled

    Page 42, Line 10: Overruled

    Page 53, Lines 16-17: Overruled

    Page 54, Line 18: Overruled

Page 56, Line 9: Overruled

Page 57, Lines 2, 12, 15: Overruled

Page 58, Lines 11 and 17: Overruled

Page 59, Line 19: Sustained

Page 61, Lines 14-15: Sustained

Page 62, Lines 1-2, 5, 14, 18: Sustained

Page 63, Line 8: Overruled

Page 64, Lines 4-5, 19: Sustained

Page 65, Line 1: Overruled

Page 66, Lines 11 and 24-25: Overruled

Page 67, Lines 8-9: Sustained

Page 69, Lines 15-16, 23: Sustained

Page 70, Line 6: Overruled

Page 74, Line 16: Sustained

Page 76, Line 2, Overruled; Line 17, Sustained

Page 77, Lines 6-7; Line 18, Sustained

Page 79, Lines 1, 12: Overruled

Page 80, Lines 13, 15: Sustained

Page 81, Lines 5, 14: Overruled

Page 82, Line 15: Overruled

Page 85, Line 5: Sustained

      Page 86, Line 22: Sustained

      Page 87, Lines 13-14: Overruled

When objections have been sustained, the question in connection with those objections shall be deleted from the video deposition.  When objections are overruled, those objections should also be deleted.

      DATED this 24th day of September, 2013.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court