IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM J. MOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV434 |
| | ) | |
| v. | ) | |
| | ) | |
| CONCRETE INDUSTRIES, INC., | ) | ORDER |
| ROGER T. CLARKE, and NEBCO, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MECHANICAL SYSTEMS, INC., and ACUITY INSURANCE COMPANY, its workers' compensation insurer, | ) | |
| | ) | |
| Intervenors/Defendants. | ) | |

After review of the objections noticed in the trial deposition of Gary Boone,

IT IS ORDERED that the objections are overruled or sustained as noted:

      Page 16, Lines 20-21: Overruled

      Page 19, Line 8: Overruled

      Page 20, Line 20: Overruled

      Page 21, Line 3: Sustained

      Page 26, Lines 2, 8: Overruled

      Page 27, Lines 23-24: Sustained

      Page 28, Line 3: Sustained; Line 16: Overruled

      Page 30, Lines 8-9: Sustained

Page 34, Lines 7-8: Sustained

Page 37, Lines 21-22: Sustained

Page 38, Lines 4-5, 16-17: Sustained

Page 39, Lines 1-2: Overruled; Lines 18-19: Sustained

Page 40, Lines 2-3: Overruled; Line 17: Sustained

Page 44, Line 3: Overruled

Page 45, Lines 3, 7: Overruled

Page 49, Line 24: Overruled

Page 51, Lines 2, 6, 12: Sustained

Page 52, Lines 2, 5, 10: Overruled

Page 53, Lines 23-24: Sustained

Page 54, Lines 10-11: Overruled; Lines 17-18: Sustained; Lines 23-24: Overruled

Page 64, Lines 1, 11, 17: Overruled

Page 67, Line 15: Overruled

Page 68, Line 20, Overruled; Line 25, Sustained

Page 69, Lines 11, 18, Overruled

Page 70, Line 23: Overruled

Page 71, Line 4: Overruled; Line 11: Sustained

Page 74, Lines 17, 21: Sustained

Page 75, Lines 3, 6: Sustained

Page 83, Line 23: Sustained

        Page 84, Lines 15-16: Overruled

        Page 89, Line 25: Sustained

        Page 107, Line 11: Overruled

        Page 111, Lines 21-22: Overruled

        Page 113, Lines 15, 18: Overruled

        Page 119, Line 23: Overruled

        Page 121, Lines 2-3, 8-9: Overruled; Line 17: Sustained; Lines 20-21: Overruled

        Page 122, Lines 10, 15: Sustained; Lines 24-25: Overruled

        Page 124, Lines 22-24: Sustained

        Page 126, Line 10: Sustained

        Page 127, Line 19: Overruled

        Page 128, Line 5: Overruled

    When objections have been sustained, the question in connection with those objections shall be deleted from the video deposition. When objections are overruled, those objections should also be deleted.

    DATED this 24th day of September, 2013.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court