IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
WILLIAM J. MOYLE,              )
                               )
            Plaintiff,         )         8:12CV434
                               )
       v.                      )
                               )
CONCRETE INDUSTRIES, INC.,     )         ORDER
ROGER T. CLARKE, and NEBCO,    )
INC.,                          )
                               )
            Defendants.        )
                               )
       v.                      )
                               )
MECHANICAL SYSTEMS, INC., and  )
ACUITY INSURANCE COMPANY, its  )
workers' compensation insurer, )
                               )
     Intervenors/Defendants.   )
_____)
```

   After review of the objections noticed in the trial deposition of Craig Neemann,

   IT IS ORDERED that the objections are overruled or sustained as noted:

   Page 20, Lines 6, 9: Overruled

   Page 21, Line 7: Overruled

   Page 27, Lines 9, 20-21: Overruled

   Page 28, Line 25: Sustained

   Page 29, Line 13: Overruled; Line 25: Sustained

   Page 30, Line 23: Sustained

   Page 31, Line 11: Sustained; Line 20: Overruled

        Page 32, Lines 1, 8-9, 14: Sustained

        Page 34, Lines 15-16: Sustained; Line 25: Overruled

        Page 36, Lines 14, 20: Overruled

        Page 37, Lines 2-3, 8-9: Sustained

        Page 39, Line 24: Sustained

        Page 40, Lines 4, 8, 22-23: Sustained

        Page 41, Lines 6-7, 25 and Page 42, Line 1: Sustained

        Page 48, Lines 1-2: Sustained; Lines 11-12: Overruled

        Page 49, Lines 5-6: Sustained

        Page 51, Line 5: Overruled

        Page 62, Line 24: Overruled

        Page 66, Line 4: Overruled

When objections have been sustained, the question in connection with those objections shall be deleted from the video deposition. When objections are overruled, those objections should also be deleted.

DATED this 24th day of September, 2013.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court