IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
WILLIAM J. MOYLE,             )
                              )
            Plaintiff,        )        8:12CV434
                              )
      v.                      )
                              )
CONCRETE INDUSTRIES, INC.,    )        ORDER
ROGER T. CLARKE, and NEBCO,   )
INC.,                         )
                              )
            Defendants.       )
                              )
      v.                      )
                              )
MECHANICAL SYSTEMS, INC., and )
ACUITY INSURANCE COMPANY, its )
workers' compensation insurer,)
                              )
      Intervenors/Defendants. )
_____)
```

After review of the objections noted in the trial deposition of Roger Clark,

IT IS ORDERED that the objections are overruled or sustained as noted:

        Page 47, Line 15: Sustained

        Page 49, Line 2: Sustained

        Page 58, Line 10: Sustained

        Page 63, Lines 5-6: Sustained

        Page 64, Lines 1-2: Sustained;
        Lines 19-20: Overruled

        Page 65, Lines 11-12, 21-22:
        Sustained

        Page 124, Line 23: Overruled

        Page 125, Line 4: Sustained; Lines 12, 14: Overruled; Lines 21-22: Sustained

        Page 126, Lines 23, 25: Overruled

        Page 127, Line 1: Overruled

        Page 186, Lines 18-19: Overruled

        Page 187, Line 2: Sustained; Line 20: Overruled; Line 25: Sustained

When objections have been sustained, the question in connection with those objections shall be deleted from the video deposition. When objections are overruled, those objections should also be deleted.

    DATED this 25th day of September, 2013.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court