IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM J. MOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV434 |
| | ) | |
| v. | ) | |
| | ) | |
| CONCRETE INDUSTRIES, INC., | ) | ORDER |
| ROGER T. CLARKE, and NEBCO, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MECHANICAL SYSTEMS, INC., and | ) | |
| ACUITY INSURANCE COMPANY, its | ) | |
| workers' compensation insurer, | ) | |
| | ) | |
| Intervenors/Defendants. | ) | |

This matter is before the Court on the motion of plaintiff to exclude certain evidence (Filing No. 61). Objections on the evidence set forth in plaintiff's motion are better suited for resolution when they are offered at trial. Accordingly,

IT IS ORDERED that plaintiff's motion in limine is denied without prejudice.

DATED this 26th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court