IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM J. MOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV434 |
| | ) | |
| v. | ) | |
| | ) | |
| CONCRETE INDUSTRIES, INC., | ) | ORDER |
| ROGER T. CLARKE, and NEBCO, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' oral motion to dismiss made at the close of plaintiff's case and at the close of the evidence and on plaintiff's motions made at the close of his case in chief.  The Court finds the motions should be denied.  Accordingly,

IT IS ORDERED:

1) Defendants' motions to dismiss are denied.

2) Plaintiff's motion for directed verdict and his motion for a decision that Mr. Clarke violated the rules of the road when turning right made at the close of plaintiff's case in chief are denied.

DATED this 30th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court