IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIAM J. MOYLE,

              Plaintiff,

     vs.

ROGER T. CLARKE,  CONCRETE
INDUSTRIES, INC.,  NEBCO, INC.,

            Defendants.

**8:12CV434**

**JUDGMENT**

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, William J. Moyle and against Defendants, Roger T. Clarke, Concrete Industries, Inc., NEBCO, INC., in the amount of $19,607,486.00, together with the taxable costs of this action.

    Dated this 3rd day of February, 2014.


                        DENISE M. LUCKS
                        Clerk of Court



                        By s/ Tiwauna Lawrence
                             Deputy Clerk