IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
WILLIAM J. MOYLE,              )
                               )
           Plaintiff,          )      8:12CV434
                               )
      v.                       )
                               )
CONCRETE INDUSTRIES, INC.,     )      ORDER
ROGER T. CLARKE, and NEBCO,    )
INC.,                          )
                               )
           Defendants.         )
                               )
      v.                       )
                               )
MECHANICAL SYSTEMS, INC., and  )
ACUITY INSURANCE COMPANY, its  )
workers' compensation insurer, )
                               )
      Intervenors/Defendants.  )
_____)
```

This matter is before the Court on defendants' motion for extension of time to file reply brief (Filing No. 140). The Court finds the motion should be granted. Accordingly.

IT IS ORDERED that defendants' motion is granted; they shall have until May 1, 2014, to file a reply brief.

DATED this 16th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court