```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF NEBRASKA

WILLIAM J. MOYLE,              )
                               )
          Plaintiff,           )         8:12CV434
                               )
     v.                        )
                               )
CONCRETE INDUSTRIES, INC.,     )         ORDER
ROGER T. CLARKE, and NEBCO,    )
INC.,                          )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file corrections to brief to remedy erroneous citations (Filing No. 142). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to file corrections to brief is granted. Said brief is deemed filed instanter.

DATED this 2nd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court