IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM J. MOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV434 |
| | ) | |
| v. | ) | |
| | ) | |
| CONCRETE INDUSTRIES, INC., | ) | ORDER AND JUDGMENT |
| and ROGER T. CLARKE, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MECHANICAL SYSTEMS, INC., and | ) | |
| ACUITY INSURANCE COMPANY, its | ) | |
| workers' compensation insurer, | ) | |
| | ) | |
| Intervenors/Defendants. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendants' motion for relief from judgment for lack of subject matter jurisdiction (Filing No. 124) is granted.

2) The judgment in the amount of $19,607,486.00 (Filing No. 108) is set aside.

3) Plaintiff's amended complaint (Filing No. 27) is dismissed without prejudice for lack of subject matter jurisdiction.

DATED this 22nd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court