IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM J. MOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV434 |
| | ) | |
| v. | ) | |
| | ) | |
| CONCRETE INDUSTRIES, INC., | ) | ORDER |
| ROGER T. CLARKE, and NEBCO, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MECHANICAL SYSTEMS, INC., and | ) | |
| ACUITY INSURANCE COMPANY, its | ) | |
| workers' compensation insurer, | ) | |
| | ) | |
| Intervenors/Defendants. | ) | |

This matter is before the Court on defendants' motion for extension of time to file opposition brief (Filing No. 158). The Court finds the motion should be granted. Accordingly.

IT IS ORDERED that defendants' motion is granted; defendants shall have until July 18, 2014, to file their brief in opposition to plaintiff's motion to alter or amend judgment.

DATED this 2nd day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court