IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM J. MOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV434 |
| | ) | |
| v. | ) | |
| | ) | |
| CONCRETE INDUSTRIES, INC., | ) | ORDER |
| ROGER T. CLARKE, and NEBCO, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to release supersedeas bond (Filing No. 149). The Court has been advised the parties have reached a settlement in this matter, and the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendants' motion (Filing No. 149) to release and lift the supersedeas bond (Filing No. 114) in its entirety is granted.

2) This matter is stayed pending the filing of dismissal papers. If not submitted on or before August 29, 2014, the parties shall file a written status report on or before September 5, 2014.

DATED this 16th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court