IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
WILLIAM J. MOYLE,              )
                               )
          Plaintiff,           )      8:12CV434
                               )
     v.                        )
                               )
CONCRETE INDUSTRIES, INC.,     )      ORDER
ROGER T. CLARKE, and NEBCO,    )
INC.,                          )
                               )
          Defendants.          )
                               )
     v.                        )
                               )
MECHANICAL SYSTEMS, INC., and  )
ACUITY INSURANCE COMPANY, its  )
workers' compensation insurer, )
                               )
     Intervenors/Defendants.   )
_____)
```

This matter is before the Court on defendants' motion to dismiss with prejudice (Filing No. 164). The Court notes intervenors/defendants have no objection to the motion. This action was previously dismissed without prejudice (Filing No. 148). However the motion to dismiss with prejudice will be granted. Accordingly,

   IT IS ORDERED:

   1) Defendants' motion is granted; this action is dismissed with prejudice, each party to pay their own costs.

2) All other pending motions are denied as moot.

DATED this 19th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court