IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WILLIAM J. MOYLE, | ) | Case No: 8:12CV434 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |
| ROGERT T. CLARKE, CONCRETE INDUSTRIES, INC. and NEBCO, INC. | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

(exhibit numbers 42-45, 209, 219, 224, 231, 235, 238, 241, 249-254, 260, 261, 262, 263, 269, 323-325, 351-353) / Jury Trial / January 21-24 and 27-29, 2014)

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 1st day of November, 2018.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge